

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00244-CV

**IN THE ESTATE OF** Jerry D. **MOTON**

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2009PC3816
Honorable Veronica Vasquez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: June 28, 2023

DISMISSED FOR WANT OF PROSECUTION

On April 5, 2023, the reporter's record was filed. On April 14, 2023, the clerk's record was filed. Accordingly, the appellant's brief was due on May 15, 2023. *See* TEX. R. APP. P. 38.6(a). On May 18, 2023, when neither the appellant's brief nor a motion for extension of time was filed, we ordered appellant, on or before May 30, 2023, to file her appellant's brief and a response reasonably explaining (1) her failure to timely file her appellant's brief and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. We explained that if appellant failed to file a brief and the written response by the date ordered, we would dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

Appellant has not filed an appellant's brief or a written response. We therefore dismiss this appeal for want of prosecution. *See id*. The motion to dismiss filed by appellee on April 26, 2023 is denied as moot.


PER CURIAM